# Exhibit C

**Works Acquired by Petitioners**

1. *Les Noces de Pierrette* – Pablo Picasso – December 16, 2004
2. *Nu couché aux bras levés* – Amedeo Modigliani – April 2006
3. *Mousquetaire à la pipe* – Pablo Picasso – October 12, 2006
4. Gilded wood table with eight sheath pillars, published in the exhibition catalogue "From Versailles to Paris: The Fate of the Royal Collections," Paris, 1989 – March 2, 2007
5. Set of carved and gilded wood furniture ornamented with flower vases, wreaths, and branches, similar to the work of Georges Jacob – July 10, 2007
6. *Jeune fille blonde en buste* – Amedeo Modigliani – October 25, 2007
7. *Madame Hébuterne aux épaules nues* – Amedeo Modigliani – December 21, 2007
8. *Nu dolent* – Amedeo Modigliani – February 11, 2008
9. *La soeur de l'artiste* – Pablo Picasso – April 24, 2008
10. *Danseuse en rose* – Edgar Degas – April 25, 2008
11. *Te Fare (La Maison)* – Paul Gaugin – June 30, 2008
12. *Venus (Nu debout, Nu medicis)* – Amedeo Modigliani – July 31, 2008
13. No. 1 (Royal Red and Blue) – Mark Rothko – August 11, 2008
14. *Nymphéas (1897-1898)* – Claude Monet – September 12, 2008
15. *Nymphéas (1914-1917)* – Claude Monet – September 12, 2008
16. *Le Baiser* – Henri de Toulouse-Lautrec – December 7, 2009
17. Landscape with an Olive Tree – Vincent van Gogh – December 7, 2009
18. *Joueur de flûte et femme nue* – Pablo Picasso – October 8, 2010
19. *Jeunes filles au bord de l'eau* – Auguste Renoir – November 2, 2010
20. St. Sebastian – El Greco – December 15, 2010
21. *L'homme assis au verre* – Pablo Picasso – April 1, 2011
22. *La Méditerranée* (bronze) – Aristide Malliol – April 15, 2011
23. *Le Baiser* (bronze) – Auguste Rodin – April 15, 2011
24. Nude with a Green Shawl – Henri Matisse – June 23, 2011
25. *L'Éternel printemps* – Auguste Rodin – July 27, 2011
26. *Femme de Venise IX* – Alberto Giacometti – October 6, 2011
27. *Le Domaine d'Arnheim* – René Magritte – December 5, 2011
28. *Nu couché au coussin bleu* – Amedeo Modigliani – January 16, 2012
29. Eve – Auguste Rodin – March 8, 2012
30. Portrait of Madonna and the Child – El Greco – April 5, 2012
31. *Wasserschlangen II* – Gustav Klimt – September 15, 2012
32. *Tête* – Amedeo Modigliani – January 10, 2013
33. *Au Lit: Le Baiser* – Henri de Toulouse-Lautrec – March 6, 2013
34. *Tête de femme* – Pablo Picasso – March 6, 2013
35. *Espagnole à l'éventail* – Pablo Picasso – March 6, 2013
36. Christ as Salvator Mundi – Leonardo da Vinci – May 3, 2013
37. *Otahi* (Alone) – Paul Gaugin – September 16, 2013
38. No. 6 (Violet, Green, and Red) – Mark Rothko – September 8, 2014