# Exhibit H

**Mikhail Sazonov**

From: Yves Bouvier (NLC) [yb@falnlc.sg]
Sent: Tuesday, September 24, 2013 7:50 PM
To: Mikhail Sazonov
Subject: Klimt

Hi, Mike,

An article from the Austrian press with a price for exiting Austria.

I don't know where this information comes from.

If you have some doubts about the addition to the amount, I'm available to provide you with evidence of the transfer of the compensation to the heirs of the families whose property was looted (14 people) against Sotheby's account.

Have a nice evening,
Yves

---

**From:** Yves Bouvier (NLC)
**To:** Yves Bouvier (NLC)
**Sent**: Wednesday, 25 September 1:12:17 2013
**Subject:** Re: Fwd:

Klimt's "Water Serpents II" sold abroad
THOMAS TRENKLER, 24 September 2013, 00:30
Ursula Ucicky decided on private restitution of Gustav Klimt's masterpiece "Water Serpents II," which once belonged to Jenny Steiner. Sotheby's sold the picture for $120 million net. Ucicky contributed her remaining Klimt paintings to a private foundation.

6 postings

enlarge
Vienna – One painting, one very important painting, was all that Rudolf Leopold, the major collector who died in June 2010, was lacking. It's called Water Serpents II. Gustav Klimt painted it between 1904 and 1907. To Leopold, the masterpiece was just as important as the Golden Adele that Ronald Lauder acquired for a world record price of USD 135 million in 2006. But it was difficult to gain access to the painting, which hung in a Vienna apartment: The owner, an elderly lady, refused any contact. She wouldn't even open the door.

If Ursula Ucicky had let Leopold talk her into it, the painting would be in the Leopold Museum today. But things turned out differently. Water Serpents II has been sold through Sotheby's in London at a private sale for an alleged USD 120 million net—and is no longer in Austria. Nothing about the buyer can be discovered.

It initially seems strange that the Federal Monuments Office [*Bundesdenkmalamt*] issued an export permit. But there was a "ground worthy of consideration": Water Serpents II is plundered art—and Ursula Ucicky decided to make private restitution.

The factory owner Jenny Steiner acquired the painting from Klimt in 1911. It was seized in 1938 after the Anschluss. It was to be auctioned at the Dorotheum on 5 March 1940, but Reich Governor Baldur von Schirach had Water Serpents II removed from the Auction.

1

The painting came into the possession of film director Gustav Ucicky. The story of how it was taken can be read in *Was einmal war* [What once was], Sophie Lillie's book about the appropriated art collections of Vienna (published by Czernin Verlag). The image on its cover is Water Serpents II.

Ucicky, who was born in Vienna in 1899, was the son of Maria Ucicky, who worked as temporary help for the Klimt household and also as a model for Klimt. There is no official confirmation of Klimt's paternity as claimed by Ucicky. Ucicky directed films including *Café Elektric* in 1941, as well as—during the Nazi era—the propaganda film *Heimkehr* [Homecoming] with Paula Wessely in the starring role. He died in Hamburg in 1961, leaving a respectable art collection to his wife Ursula.

An agreement was recently reached with the heirs of Jenny Steiner. It is not known how the proceeds were distributed. The solution is a relief for the widow Ucicky, who comes from a Jewish family. She also contributed her other Klimts (four paintings and ten drawings), materials left by Gustav Ucicky, and EUR 1 million to a private foundation that was recently created.

The chairman of the board of the private foundation Gustav Klimt/Wien 1900-Privatstiftung is Peter Weinhäupl, business director of the Leopold Museum, who will serve for life. The Board also includes his companion Sandra Tretter, who until recently worked for the Leopold Museum and will also serve for life, and Hubert Weinhäupl, the brother of Peter Weinhäupl, who will serve for five years. Andreas Nödl, who is also a member of the board of the private foundation Leopold Privatstiftung, will serve as lawyer.

Ursula Ucicky is expressly waiving the possibility of dissolving the non-profit foundation. According to an excerpt from the Corporate Register, its purpose includes the preservation and dissemination of the heritage left by Gustav Klimt, making it accessible to the public, and documentary and scientific research. Paragraph 2 of the foundation's deed of establishment specifies that "equitable and fair solutions in accordance with the Washington Principles" will be sought for looted art.

The Felsöványi case

Peter Weinhäupl and Andreas Nödl confirm in response to questioning by the *Standard* that there is one such case. It is the portrait of Gertrud Loew (1902), which belonged to the subject, Gertrud Loew-Felsöványi. It has not yet been determined how the painting came into Gustav Ucicky's possession during the Nazi period.

Felsöványi's heir, who is now 98 and lives in California, contacted Ursula Ucicky about the portrait. His letter motivated the old lady to make private restitution—in both cases. According to Weinhäupl, agreement first had to be reached about Water Serpents II in order to have funds for Felsöványi. He is currently having the provenance of the portrait researched, and Nödl is in contact with Ernst Ploil, Anthony Felsöványi's lawyer. "There must also be a fair and equitable solution in this case," says Nödl. (Thomas Trenkler, DER STANDARD, 24 September 2013)

2