# Exhibit I

Impressionist and Modern Art

1   Gustav Klimt 1862 - 1918
    WASSERSCHLANGEN II (WATER
    SERPENTS II)
    signed
    oil on canvas
    *80 by 140cm.*
    1904-1906/7



$180,000,000

PROVENANCE
Jenny Steiner, Vienna (acquired from the artist in 1911)
Gustav Ucicky, Vienna
Ursula Ucicky, Vienna

EXHIBITED
Vienna, *XX Secession Exhibition*, 1904, no. 66 (possibly)
Berlin, German Künstlerband, II Exhibition, 1905, no. 111
Vienna, *Kunstschau*, 1908, no. 16 (room 22)
Munich, *Glaspalast*, X International Art Exhibition, 1909, no. 810
Venice, *IX Espozione Internationale*, 1910, no. 12 (room 10)
Vienna, XCIX Secession Exhibition, 1928, n. 54
Vienna, Ausstellungshaus Friedrichstrasse, 1943, no. 26
Vienna, Secession/Kunstlerhaus/Historisches Museum der Stadt Wien, 1964, no. 41

LITERATURE
Fritz Novotny and Johannes Dobai, *Gustav Klimt*, New York 1967, no. 140.
Berta Zuckerkandl, *Die XX Austellung der Wiener Secession. Kunst für Alle*, Vienna, 1903-04, p. 414

Ludwig Hevesi, *Acht Jahre Secession (März 1897-Juni 1905), Kritik, Polemik, Chronik*, Vienna, 1906, pp. 462-63

Ludwig Hevesi, *Altkunst-Neukunst: Wien, 1894-1908*, Vienna, 1909, p. 247

Apard Weixlgärnter, "Gustav Klimt," *Die Graphischen Künste XXXV*, 1912, p. 55

Miethke, ed., *Das Werke Gustav Klimts*, 1908-14, tot IV, no. 9

Max Eisler, *Gustav Klimt*, Vienna, 1920, p. 27 Igomar Hatle, *Gustav Klimt. Ein Wiener Maler des Jugendstils*, Graz, 1955, p. 75

Fritz Novotny and Johannes Dobai, *Gustav Klimt*, New York, 1967, no. 140

Sophie Lillie, *Was einmal war. Handbuch der enteigeneten Kunstsammlungen Wiens*, Vienna, 2003, pp. 1244, 1248 & 1250

Matteo Chini & Claudio Pescio, *Klimt. Leben und Kunst*, Cologne, 2004, p. 57

Gilles Neret, *Klimt*, Cologne, 2005, illustrated in colour p. 47

Alfred Weidinger, ed., *Gustav Klimt*, Munich, Berlin, London & New York, 2007, no. 173, illustrated in colour pp. 281

SUMMARY

INSURANCE VALUE (IN )

| | VALUE |
|---|---|
| Impressionist and Modern Art | $180,000,000 |
| TOTAL: | $180,000,000 |

For the item listed within this document we have provided an Insurance value for the purpose of Retail replacement, subject to the Conditions of Valuation included in this document as at 24 October 2014. This value is based on our reasonable opinion of the actual retail purchase price or probable cost of having to replace the items with comparable items in similar condition at today's date.

*Samuel Valette*

SAMUEL VALETTE
Senior Director, Impressionist & Modern Art
Date: 24 October 2014

Sotheby's
24 October 2014 | Valuation Number 70254249 | Page 5