# Exhibit K

Impressionist and Modern Art

1    Henri Matisse 1869 - 1954
NU AU CHÂLE VERT
stamped *H. Matisse* (lower left)
oil on canvas
*88.5 by 116.5cm.*
Painted in 1921-22.

### $85,000,000

PROVENANCE
Henri Matisse
Marguerite Matisse Duthuit (the
artist's daughter, by descent from the
artist; until at least 1960)
M. Knoedler & Co., Inc., New York
(acquired *circa* 1966)
Kimbell Art Foundation, Fort Worth,
Texas (acquired in 1968)
Kimbell Museum of Art, Fort Worth,
Texas (acquired in 1972)
Private Collection, USA

EXHIBITED
Paris, Galerie Bernheim-Jeune. *Henri
Matisse*, 1922
Venice, *XVIa Esposizione
Internazionale d'Arte della Citta di
Venezia*, 1928, no. 49
Venice *XXVII Biennale Internazionale
d'Arte di Venezia*, 1954, no. 9
Paris, Salon d'Automne, *Exposition
Rétrospective d'œuvres de Henri
Matisse*, 1955, no. 18
Aix-en-Provence, Pavillon de
Vendôme, *Matisse*, 1960, no. 18,
illustrated in the catalogue
Paris, Musée Galliera, *Dix Ans de
Biennale de Menton, Les Grand Prix*,
1960, no. 4, illustrated in the
catalogue
Los Angeles, UCLA Art Gallerres,
Chicago, The Art Institute of
Chicago & Boston, The Museum of
Fine Arts, *Henri Matisse*, 1966, no.



### Sotheby's

24 October 2014 | Value on Number 70254246 | Page 3

Confidential Treatment Requested

Impressionist and Modern Art

57, illustrated in colour in the
catalogue
Fort Worth, Kimbell Art Museum,
*Henri Matisse, Sculptor/Painter*, 1984,
no. 38, illustrated in the catalogue;
figs. 74 & 75, photographs of Matisse
in his Nice studio, working on the
present painting, p. 115

LITERATURE
Guy-Patrice & Michel Dauberville,
*Matisse*, Paris, 1995, vol. II, no. 476,
illustrated p. 1011
Adolphe Basler, 'Völkerbund der
Malerei', in *Kunst und Kuenstler*, vol.
27, no. 4, January 1929, p. 151
*Kimbell Art Museum: Catalogue of
the Collection*, 1972, illustrated in
colour p.219
*Kimbell Art Museum, Handbook of
the Collection*, 1981, illustrated p. 168
*In Pursuit of Quality: The Kimbell Art
Museum*, 1987, illustrated in colour
pp. 312-313

For the item listed within this document we have provided an Insurance value for the purpose of Retail replacement, subject to the
Conditions of Valuation included in this document as at 24 October 2014. This value is based on our reasonable opinion of the actual
retail purchase price or probable cost of having to replace the items with comparable items in similar condition at today's date.

*Samuel Valette*

SAMUEL VALETTE
Senior Director, Impressionist & Modern Art
Date: 24 October 2014

Confidential Treatment Requested

SUMMARY

INSURANCE VALUE (INS)

| | NI | VALUE |
|---|---|---|
| Impressionist and Modern Art | | $85,000,000 |
| TOTAL: | | $85,000,000 |

**Sotheby's**
24 October 2014 | Valuation Number 10254246 | Page 5

Confidential Treatment Requested