# Exhibit M

27.FEV.2015 17:04 98988572     INSTRUCTIONun     #5853 P.001 /001



**canonica**
**valticos**
**de preux**
**+ associés**

avocats au barreau de genève

dante canonica
michel valticos
pierre de preux
ancien bâtonnier
jean clostre
lic ès lettres
catherine de preux
isabelle bühler gallad
eve dolon
des droits de l'homme
maîtrise en droit français
guerric canonica
dipl institut d'études
immobilières (iei)
tetiana bersheda
ll.m. (cambridge)
docteur en droit
conseil juridique monaco

jessica bach
yasmina hadj amor
victoria von haller
ndaté dieng
master in international
relations
simona fedele
anthony richoz
vanessa frossard
amélie vocat
avocats-stagiaires

PRINCIPAUTÉ DE MONACO
CABINET D'INSTRUCTION
DATE D'ARRIVÉE
**27 FEV. 2015**
CAB1/15/04

Monsieur Loïc MALBRANCKE
Juge d'Instruction
Palais de Justice
5, rue Colonel Bellando de Castro
98000 Monaco

Le 27 février 2015

*Par porteur et par téléfax*
*98 98 85 72*

Monsieur le Juge,

En tant qu'avocate des sociétés Xitrans Finance Ltd (BVI) et Accent Delight International Ltd (BVI), j'ai appris que l'information a été ouverte auprès de vous sur la base des faits dénoncés par mes mandantes le 12 janvier 2015 auprès du Procureur Général de la Principauté de Monaco.

Par la présente, mes mandantes ainsi que Mademoiselle Ekaterina Rybolovleva, domiciliée 15-17, avenue d'Ostende, MC-98000 Monaco, déclarant se constituer parties civiles. Election de domicile est faite en l'Etude de Maître Géraldine Gazo, 3, avenue de Grande Bretagne, 98000 Monaco.

Mes deux mandantes ont subi un préjudice particulièrement important du fait des manoeuvres frauduleuses perpétrées sur le sol monégasque par Monsieur Bouvier et Madame Rappo et impliquant notamment Monsieur Dmitriy Rybolovlev. La proximité émotionnelle (référence est faite aux relations d'amitiés de plus de dix ans avec Monsieur Bouvier et au fait que Madame Rappo est la marraine de la soeur de Mademoiselle Rybolovleva, respectivement de la fille cadette de Monsieur Rybolovlev) et géographique (résidence à Monaco depuis plusieurs années de Madame Rappo et de la famille Rybolovlev) constitue l'astuce des faits dénoncés. Monsieur Rybolovlev et le *family office* de la famille à Monaco se tiennent à votre disposition pour vous fournir plus d'informations à ce sujet.

Je vous prie d'agréer, Monsieur le Juge, l'expression de mes sentiments respectueux.

Tetiana Bersheda

15 rue pierre-fatio
case postale 3782
ch-1211 genève 3

t +41 22 354 12 12
f +41 22 354 13 13
www.cvpartners.ch
www.plg.eu.com

**Mr Loïc Malbrancke**
Investigating Judge
Palais de Justice
5, rue Colonel Bellando de Castro
98000 Monaco

27 February 2015

*By messenger and fax*
*98 98 85 72*

Dear Sir,

As lawyer for Xitrans Finance Ltd (BVI) and Accent Delight International Ltd (BVI), I have learned that an inquiry was opened with you on the basis of facts reported by one of my agents on 12 January 2015 to the Public Prosecutor of the Principality of Monaco.

My agents and Ms Ekaterina Rybolovleva, domiciled at 15-17, avenue d'Ostende, MC-98000 Monaco, hereby declare that they wish to join the proceedings as civil parties. Address for service is chosen at the office of Maître Géraldine Gazo, 3, avenue de Grande Bretagne, 98000 Monaco.

My two agents sustained a particularly significant loss due to the fraudulent dealings perpetrated on Monaco soil by Mr Bouvier and Ms Rappo and involving in particular Mr Dmitriy Rybolovlev. Emotional proximity (reference is made to the friendship of over ten years with Mr Bouvier and to the fact that Ms Rappo is the godmother of Ms Rybolovleva's sister, who is Mr Rybolovlev's younger daughter) and geographical proximity (residence of Ms Rappo and the Rybolovlev family in Monaco for several years) constitute the deception in the facts reported.

Mr Rybolovlev and the family office in Monaco are at your disposal to provide further information on this matter.

Yours faithfully.

Tetiana Bersheda