# Exhibit P

1  Amedeo Modigliani 1884 - 1920
   NU COUCHÉ AU COUSSIN BLEU
   oil on canvas
   60 by 92.1cm.
   1916

   **$110,000,000**

   PROVENANCE
   Leopold Zborowski, Paris
   Dr. Lacroix
   Nathan Cummings, Chicago
   Robert Manoukian, London
   Private Collection
   Acquavella Contemporary Art, Inc,
   New York
   Private Collection

   

   EXHIBITED
   New York, Perls Galleries, *The Nudes of Modigliani*, October 11-November 12, 1966
   New York, Acquavella Galleries, Inc., *Modigliani*, October 14-November 13, 1971, no. 28, illustrated in colour
   Chicago, The Art Institute of Chicago, *Major Works from the Collection of Nathan Cummings*, 1973, no. 35 (as dating from 1917-18).

   LITERATURE
   A. Ceroni and L. Piccioni, *I dipinti di Modigliani*, Rizzoli, Milan, 1970, no. 147; Flammarion, Paris 1972
   A.Pfannstiel, *Modigliani et son Oeuvre, étude critique et catalogue raisonné*, Bibliothèque des Arts, Paris, 1956, no.173
   J.-A. Cartier, *Modigliani Nus*, Hazan, Paris, 1958, no. 5
   A.Ceroni, *Amadeo Modigliani, dessins et sculptures, avec suite du catalogue illustré des peintures*,

Milione, Milan, 1965, no. 195
J. Lanthemann, *Modigliani, Catalogue Raisonné*, Barcelona, 1970, no. 143. Illustrated, p. 195
G. Diehl, *Modigliani*, Flammarion, Paris, 1977, p. 71
D. Hall, *Modigliani*, Phaidon, Oxford 1984, no. 32
Casueau-Barnette, *Modigliani*, ACR Editions, 1987, p. 181
Angela Ceroni, *Modigliani Les Nus*, La Bibliothèque des Arts, Paris, 1989, no. 8. Illustrated in colour, p.53
Oswaldo Patani, *Amadeo Modigliani Catalogo Generale*, Milan, 1991, number 149. Illustrated in colour, p. 161
Christian Parisot, *Modigliani Catalogue Raissonné*, Editions Graphics Arte, Rome, 1991, Volume II, no. 35/1916. Illustrated, p. 135

For the item listed within this document we have provided an insurance value for the purpose of Retail replacement, subject to the Conditions of Valuation included in this document as at 24 October 2014. This value is based on our reasonable opinion of the actual retail purchase price or probable cost of having to replace the items with comparable items in similar condition at today's date.

*Samuel Valette* (signature)

SAMUEL VALETTE
Senior Director, Impressionist & Modern Art
Date: 24 October 2014

## SUMMARY

### INSURANCE VALUE (INS)

|  | VALUE |
|---|---|
| Impressionist and Modern Art | $110,000,000 |
| **TOTAL** | **$110,000,000** |