# Exhibit Q

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :     15mc312 (DLC)
IN RE APPLICATION OF YVES BOUVIER AND :
MEI INVEST LTD. FOR AN ORDER PURSUANT :        ORDER
TO 28 U.S.C. § 1782 TO CONDUCT        :
DISCOVERY FOR USE IN FOREIGN          :
PROCEEDINGS                           :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

As set forth on the record at a conference held on December 8, 2015, it is hereby

ORDERED that Petitioners' October 5, 2015 amended application and petition for an order pursuant to 28 U.S.C. § 1782 is denied, with the following exceptions. Petitioners shall be permitted: discovery of documents created on or before December 31, 2014 that relate to Respondent Sanford Heller's ("Heller") Heller's involvement in the sale of the Modigliani work, and the agreement governing Heller's financial arrangement with Dimitry Rybolovlev ("Rybolovlev") and companies Rybolovlev controls; and a one-hour deposition concerning Heller's personal interactions with Rybolovlev in December 2014 at Saint-Barthélemy.

IT IS FURTHER ORDERED that the parties shall provide a final protective order to the Court by December 17, 2015. In the event agreement is not reached, the parties shall bring to the Court's attention any dispute over a proposed protective

order by December 17, 2015. At that time the parties shall also bring to the Court's attention any disputes over proposed discovery schedules.

IT IS FURTHER ORDERED that the Clerk of Court shall assign the above-captioned matter for all purposes to this Court's docket.

Dated:   New York, New York
         December 9, 2015

                              _____
                                     DENISE COTE
                              United States District Judge