# Exhibit J

3
D531

**POLICE DEPARTMENT**       **PRINCIPALITY OF MONACO**

Criminal Investigation
Department

*Financial Investigation Section*           # TRANSCRIPT

Proceeding No: 15/0129
No. 15-05946

**EXECUTION OF A LETTER ROGATORY**

**Case v.:**

**Re:**
*Investigation Transcript (Scanned signatures and logos) And Appendices*

On the twenty-first of April

in the year two thousand fifteen,

I, **Frédéric Fusari, Police Commander**, Officer of the Criminal Investigation Department, Assistant to the Chief Public Prosecutor,

In consideration of Letter Rogatory No. **CAB1/15/04** dated 24 February 2015, by Mr. **Loïc Malbrancke**, Investigating Judge at the Court of First Instance of the Principality of Monaco.

Regarding the investigation of: **X...**
On charges of:
- *Fraud*
- *Conspiracy Accessory to Fraud*
- *Money Laundering*

Acting in execution of the instructions of the Ordering Judge, as well as the instructions of the Chief of the Monaco Police Department,
--------In consideration of seal number BY NINE involving a Kingstone 8go USB flash drive ---------------------------------------------------------------
--------Discovered in possession of Mr. Yves Bouvier during his interrogation,----
--------In consideration of the extraction of the data saved on a work medium,-----
--------After its contents were reviewed,----------------------------------------
--------Find that it contains documents pertaining to the investigation in progress,-
--------Particularly the scanned signatures of:----------------------------------
--------Samuel Valette, *Senior Director, Vice Chairman, private sales, Worldwide* of Sotheby's, ----------------------------------------------------------
--------Dr. Franka Haiderer, *Senior Director, Chairman Valuations for Europe* of Sotheby's, ---------------------------------------------------------------
--------Torsten Hendricks, *director* of Cifas Solutions (*integrated Fine Arts Solutions*),-----------------------------------------------------------
--------But also several scanned SOTHEBY'S logos. ------------------------------

[stamp:] Criminal Investigation Department, Principality of Monaco, Police Department
[signature]

Confidential Treatment Requested

PRINCIPALITY OF MONACO   Page 2   MONACO POLICE DEPARTMENT
Transcript (continued) dated the twenty first of April two thousand fifteen
**Investigation Transcript (Scanned logos and signatures) and appendices**

--------Considering the names of the data files with the scanned signatures and logos and documents, -----------------------------------------------------------
I was able to identify documents for which these files could have been used. -----

--------**Data File no. 70254250_final_19.2.15**: ----------------------------------
--------The scanned signature of **Samuel Valette**, a Sotheby's logo, and the photo of the painting **OTAHI SEULE** by **Paul Gauguin** (located in the FILES2/image file) could have been used to produce a document (located in the file FILES/document) on "Sotheby's" letterhead,------------------------------------------
--------Identified as "19 February 2015/Valuation Number **70254250**" -------------
--------And entitled "**Mr Confidential Client One Hundred And Thirty Four – strictely** [sic] **private and confidential**."---------------------------------------
--------I am appending the scans and document corresponding to this transcript (Exhibit A).--------------------------------------------------------------------

--------**Data File no. 70257099_insurance valuations**: -----------------------------
--------The scanned signature of **Samuel Valette**, a Sotheby's logo, and the photo of the painting **PORTRAIT DE FEMME – DORA MAAR** by **Picasso** (located in the FILES2/image file) could have been used to produce a document (located in the FILES/document file) on "Sotheby's" letterhead, -------------------------------
--------Identified as "12 February 2015/Valuation Number **70257099**" -------------
--------And entitled "**Blancaflor Investments Ltd – strictely** [sic] **private and confidential**." --------------------------------------------------------------------
--------I am appending are the scans and document corresponding to this transcript (Exhibit B). --------------------------------------------------------------------

--------**File named "private and confidential-final"**: -------------------------------
--------The scanned signature of **Dr. Franka Haiderer**, a Sotheby's logo, and the photo of the painting **CRIST** [sic] **AS SALVATOR MUNDI** by Leonardo de [sic] Vinci (located in the FILES2/image file) could have been used to produce a document (located in the FILES/document file) on "Sotheby's" letterhead, --------
--------Identified as "28 February 2015/Valuation Number **70256564**" -------------
--------And entitled "**strictely** [sic] **private and confidential**."----------------------
--------I am appending the scans and document corresponding to this transcript (Exhibit C). --------------------------------------------------------------------

--------**File named "annual report 2013"**: -------------------------------------
--------The scanned signature of **Torsten Hendricks** (located in the FILES2/image file) could have been used to produce a document (located in file FILES/document file) on **Cifas Solutions** (*integrated Fine Arts Solutions*) letterhead, dated 13 March 2014, and entitled *report to the shareholders*. --------
--------I am appending the scans and document corresponding to this transcript (Exhibit D). --------------------------------------------------------------------

--------End of the transcript. -------------------------------------------------

*The Police Commander*
[signature]
[stamp:] Criminal Investigation Division,
Principality of Monaco, Police Department

Confidential Treatment Requested