# Exhibit R

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :    15mc312 (DLC)
IN RE APPLICATION OF YVES BOUVIER AND    :
MEI INVEST LTD. FOR AN ORDER PURSUANT    :    ORDER
TO 28 U.S.C. § 1782 TO CONDUCT           :
DISCOVERY FOR USE IN FOREIGN             :
PROCEEDINGS                              :
                                         :
----------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2015

DENISE COTE, District Judge:

A conference was held on December 8, 2015 to address this application. The applicant seeks a revision of that portion of the Order of December 9 that described the discovery permitted petitioners. Having considered the parties' letters of December 10 and the December 8 transcript, it is hereby

ORDERED that petitioners' October 5, 2015 amended application and petition for an order pursuant to 28 U.S.C. § 1782 is denied, with the following exceptions. Petitioners shall be provided with a copy of the agreement governing respondent Sanford Heller's ("Heller") financial arrangement with Dimitry Rybolovlev ("Rybolovlev") and companies Rybolovlev controls, and of those non-privileged documents created before the date of that agreement that relate to Heller's involvement in the sale of the Modigliani work. They shall also be permitted a one-hour deposition of Heller concerning his personal interactions with Rybolovlev in December 2014 at Saint-Barthélemy.

Dated:  New York, New York
        December 11, 2015

_____
DENISE COTE
United States District Judge