EMERY CELLI BRINCKERHOFF & ABADY LLP
Personal Service

# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIDAVIT OF SERVICE


*2127562*

Index no : **16 MISC 125**
Date of Purchase: **03/25/2016**
Office No:
Court Date: 04/22/2016

---

IN RE APPLICATION OF ACCENT DELIGHT INTERNATIONAL LTD AND XITRANS FINANCE LTD FOR AN ORDER PURSUANT TO 28 U.S.C. & 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

---

STATE OF NEW YORK COUNTY OF NEW YORK       ss.:

**JOSEPH BARNUM**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On 03/30/2016 at 11:45 AM, I served the within **CASE COVER SHEET, RELATED CASE STATEMENT, ORDER TO SHOW CAUSE, PETITION FOR 1782 APPLICATION, MEMORANDUM OF LAW IN SUPPORT, AND DECLARATION OF DANIEL J KORNSTEIN** on **ROBERT SIMON** at **53 TOWER HILL ROAD EAST - PVT HOUSE, C/O ROBERT SIMON FINE ART, SATIS HOUSE, Tuxedo Park, NY 10987** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Respondent** personally. At the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **ROBERT SIMON** the **Respondent** in this action.

A description of the **Respondent**, or other person served on behalf of the **Respondent** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Black | 55 | 5'8" | 180 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
04/01/2016

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2018

X _____
JOSEPH BARNUM
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508   Clerk: ASHWINEE

