UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
IN RE:

ACCENT DELIGHT INTERNATIONAL LTD, XITRANS
FINANCE LTD.

16-MC-125 (JMF)

ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

     As discussed on the record at the conference held earlier today, Intervenors' motion to intervene (Docket No. 19) is GRANTED.

     In addition, Petitioners' application is GRANTED with respect to documents related to the two Picasso works at issue in the Paris proceedings. The Parties are directed to confer with respect to the language of a protective order governing such materials. The parties shall submit either a proposed order or, if the parties are not able to agree on conditions, a proposed order showing the parties' disagreements and completing letter briefs by **June 10, 2016** (not June 3, 2016, as erroneously stated on the record at the conference).

     Finally, as discussed on the record, the remainder of Petitioners' application is stayed. The parties shall promptly update the Court regarding any material changes in either the Monaco or Singapore proceedings and advise the Court with respect to their views of whether supplemental briefing would be warranted. The Court shall retain jurisdiction over Petitioners' application past the conclusion of its Part 1 assignment.

     The Clerk of Court is directed to terminate Docket No. 19 and to formally assign the case to the undersigned.

     SO ORDERED.

Dated: May 31, 2016
       New York, New York

JESSE M. FURMAN
United States District Judge