UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of ACCENT DELIGHT
INTERNATIONAL LTD. AND XITRANS
FINANCE LTD. for an Order Pursuant to
28 U.S.C. § 1782 to Conduct Discovery for
Use in Foreign Proceedings

Case No. 16-mc-00125 (JMF)

## DECLARATION OF MARCUS A. ASNER

I, Marcus A. Asner, declare as follows:

1.      I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court.  I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and counsel of record for Respondent Sotheby's Inc. ("Sotheby's").

2.      I submit this declaration in support of Sotheby's opposition to Petitioners' motion to use documents previously obtained from Sotheby's in a civil action in this Court.

3.      Attached hereto as Exhibit A is a true and correct copy of an email dated June 29, 2018 from Petitioners' counsel Doug Lieb, Esq., of Emery Celli Brinckerhoff & Abady LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed at
New York, NY          on the 9th day of October 2018.

Marcus A. Asner