# EXHIBIT A

**Stern, Mitchell**
___

| | |
|---|---|
| **From:** | Doug Lieb <dlieb@ecbalaw.com> |
| **Sent:** | Friday, June 29, 2018 4:38 PM |
| **To:** | Daniel W. Levy; Daniel Kornstein; Andrew Wilson |
| **Cc:** | Asner, Marcus A.; Stern, Mitchell |
| **Subject:** | RE: administrative stay |

Dan,

On June 12, Petitioners did submit the previously obtained documents as part of the Geneva criminal case. This was perfectly proper, as there was no stay in effect, or even requested, at the time.

Best regards,
Doug

**From:** Daniel W. Levy [mailto:dlevy@McKoolSmith.com]
**Sent:** Thursday, June 28, 2018 3:27 PM
**To:** Daniel Kornstein <dkornstein@ecbalaw.com>; Doug Lieb <dlieb@ecbalaw.com>; Andrew Wilson <awilson@ecbalaw.com>
**Cc:** Asner, Marcus A. (Marcus.Asner@arnoldporter.com) <Marcus.Asner@arnoldporter.com>; Stern, Mitchell (Mitchell.Stern@arnoldporter.com) <Mitchell.Stern@arnoldporter.com>
**Subject:** administrative stay

Counsel,

In light of Judge Furman's granting a stay in its entirety of his June 11 opinion, Intervenors request that Petitioners confirm that they have not already submitted documents previously obtained as part of the Geneva criminal case.

Of course, the terms of Judge Furman's June 27 Order preclude them from doing so until, at least, five days after the Circuit rules on Sotheby's application for a stay.

Sincerely,

DWL

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Wednesday, June 27, 2018 7:45 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:16-mc-00125-JMF In Re:Accent Delight International Ltd, Xitrans Finance Ltd. Order on Motion to Stay

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees**

1

apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/27/2018 at 7:44 PM EDT and filed on 6/27/2018
**Case Name:**     In Re:Accent Delight International Ltd, Xitrans Finance Ltd.
**Case Number:**     1:16-mc-00125-JMF
**Filer:**
**WARNING: CASE CLOSED on 09/20/2017**
**Document Number:** 173(No document attached)

**Docket Text:**
**ORDER granting [172] Letter Motion to Stay. Sotheby's shall promptly seek a stay from the Second Circuit. Assuming it does, the Court's June 11, 2018 Opinion and Order is administratively stayed in its entirety until five days after the Circuit rules on Sotheby's application for a stay - at which point (absent a stay by the Circuit), the scope of the stay shall revert to that granted in the Court's Order of earlier today. (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse)**


**1:16-mc-00125-JMF Notice has been electronically mailed to:**

Daniel Walter Levy     dlevy@mckoolsmith.com

Sara Lynn Shudofsky     Sara.Shudofsky@apks.com, maosdny@kayescholer.com

Marcus Aaron Asner     marcus.asner@arnoldporter.com, arielle.feldshon@arnoldporter.com, maosdny@arnoldporter.com

Henry C. Dinger     hdinger@goodwinlaw.com

Steven J. Comen     scomen@goodwinprocter.com

Ogilvie Andrew Fraser Wilson     awilson@ecbalaw.com, docketing@ecbalaw.com, knewton@ecbalaw.com

Daniel Joseph Kornstein     dkornstein@ecbalaw.com, crenta@ecbalaw.com, docketing@ecbalaw.com

Rebecca Teryn Matsumura     rmatsumura@mckoolsmith.com

Douglas Edward Lieb     dlieb@ecbalaw.com, asharda@ecbalaw.com

Mitchell Russell Stern     mitchell.stern@apks.com

Alyssa Marie Pronley     apronley@mckoolsmith.com

**1:16-mc-00125-JMF Notice has been delivered by other means to:**