# EXHIBIT D



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

---

## PROCES-VERBAL DE L'AUDIENCE DE CONCILIATION

### C/27203/2017-15-C

---

## AUDIENCE DU 11 AVRIL 2018

Par-devant le Tribunal siégeant à Genève composé de :

Monsieur David ROBERT, juge; Monsieur Arnaud VALVASON, greffier.

| | |
|---|---|
| Entre | Monsieur BOUVIER Yves, partie demanderesse comparant par Me BITTON David, avocat Me KLEIN Yves, avocat |
| | MEI INVEST LIMITED, partie demanderesse comparant par Me BITTON David, avocat Me KLEIN Yves, avocat |
| | ARROW FINE ART LLC, partie demanderesse comparant par Me BITTON David, avocat Me KLEIN Yves, avocat |
| | KINSRIDE FINANCE LTD, partie demanderesse comparant par Me BITTON David, avocat Me KLEIN Yves, avocat |
| | THE EAGLE OVERSEAS CO LTD, partie demanderesse comparant par Me BITTON David, avocat Me KLEIN Yves, avocat |
| | ART FAMILY PTE LTD, partie demanderesse comparant par Me BITTON David, avocat Me KLEIN Yves, avocat |
| | BLANCAFLOR INVESTMENTS LTD, partie demanderesse comparant par Me BITTON David, avocat Me KLEIN Yves, avocat |
| | SOTHEBY'S SA, SUCCURSALE DE GENÈVE, partie demanderesse comparant par Me CONRAD HARI Aurélie, avocate Me LEMBO Saverio, avocat |
| | SOTHEBY'S, partie demanderesse comparant par Me CONRAD HARI Aurélie, avocate Me LEMBO Saverio, avocat |
| | SOTHEBY'S INC, partie demanderesse comparant par Me CONRAD HARI Aurélie, avocate Me LEMBO Saverio, avocat |
| | SOTHEBY'S KUNSTAUKTIONEN GESELLSCHAFT MBH, partie demanderesse comparant par Me CONRAD HARI Aurélie, avocate Me LEMBO Saverio, avocat |
| | Monsieur VALETTE Samuel, partie demanderesse comparant par Me CONRAD HARI Aurélie, avocate Me LEMBO Saverio, avocat |
| Et | Monsieur RYBOLOVLEV Dmitriy, partie défenderesse comparant par Me MACALUSO Alain, avocat Me LOMBARDINI Carlo, avocat |
| | Madame RYBOLOVLEVA Elena, partie défenderesse comparant par Me SCHUMACHER Caroline, avocate |
| | Madame RYBOLOVLEVA Ekaterina, partie défenderesse comparant par Me MACALUSO Alain, avocat Me LOMBARDINI Carlo, avocat |
| | XITRANS FINANCE LTD, partie défenderesse comparant par Me MACALUSO Alain, avocat Me LOMBARDINI Carlo, avocat |
| | ACCENT DELIGHT INTERNATIONAL LTD, partie défenderesse comparant par Me MACALUSO Alain, avocat Me LOMBARDINI Carlo, avocat |

BOLTON TRUSTEES LIMITED, partie défenderesse comparant par Me MACALUSO Alain, avocat Me LOMBARDINI Carlo, avocat
MERCO TRUSTEES LIMITED, partie défenderesse comparant par Me MACALUSO Alain, avocat Me LOMBARDINI Carlo, avocat
MONTRAGO TRUSTEES LIMITED, partie défenderesse comparant par Me MACALUSO Alain, avocat Me LOMBARDINI Carlo, avocat

Monsieur BOUVIER Yves est représenté par Me BITTON David, avocat.

MEI INVEST LIMITED est représentée par Me BITTON David, avocat.

ARROW FINE ART LLC est représentée par Me BITTON David, avocat.

KINSRIDE FINANCE LTD est représentée par Me BITTON David, avocat.

THE EAGLE OVERSEAS CO LTD est représentée par Me BITTON David.

ART FAMILY PTE LTD est représentée par Me BITTON David, avocat.

BLANCAFLOR INVESTMENTS LTD est représentée par Me BITTON David, avocat.

SOTHEBY'S SA, SUCCURSALE DE GENÈVE est représentée par Monsieur LORD Clive, assisté de de Me LEMBO Saverio, avocat, accompagné de Me CONRAD-HARI Aurélie, avocate.

SOTHEBY'S est représentée par Me LEMBO Saverio, avocat, accompagné de Me CONRAD-HARI Aurélie, avocate.

SOTHEBY'S INC est représentée par Me LEMBO Saverio, avocat, accompagné de Me CONRAD-HARI Aurélie, avocate.

SOTHEBY'S KUNSTAUKTIONEN GESELLSCHAFT MBH est représentée par Me LEMBO Saverio, avocat, accompagné de Me CONRAD-HARI Aurélie, avocate.

Monsieur VALETTE Samuel est représenté par Me LEMBO Saverio, avocat, accompagné de Me CONRAD-HARI Aurélie, avocate.

Monsieur RYBOLOVLEV Dmitriy est représenté par Me MACALUSO Alain, avocat, et Me LOMBARDINI Carlo, avocat, accompagnés de Me PALAZZO Charlotte, avocate.

Madame RYBOLOVLEVA Elena est présente et assistée par Me SCHUMACHER Caroline, avocate.

Madame RYBOLOVLEVA Ekaterina est représentée par Me MACALUSO Alain, avocat, et Me LOMBARDINI Carlo, avocat, accompagnés de Me PALAZZO Charlotte, avocate.

XITRANS FINANCE LTD est représentée par Me MACALUSO Alain, avocat, et Me LOMBARDINI Carlo, avocat, accompagnés de Me PALAZZO Charlotte, avocate.

ACCENT DELIGHT INTERNATIONAL LTD est représentée par Me MACALUSO Alain, avocat, et Me LOMBARDINI Carlo, avocat, accompagnés de Me PALAZZO Charlotte, avocate.

BOLTON TRUSTEES LIMITED est représentée par Me MACALUSO Alain, avocat, et Me LOMBARDINI Carlo, avocat, accompagnés de Me PALAZZO Charlotte, avocate.

MERCO TRUSTEES LIMITED est représentée par Me MACALUSO Alain, avocat, et Me LOMBARDINI Carlo, avocat, accompagnés de Me PALAZZO Charlotte, avocate.

MONTRAGO TRUSTEES LIMITED est représentée par Me MACALUSO Alain, avocat, et Me LOMBARDINI Carlo, avocat, accompagnés de Me PALAZZO Charlotte, avocate.

**Me SCHUMACHER** :

Ma mandante reconnaît que les demandeurs n'ont aucun responsabilité ni dette d'aucune sorte à son égard. Cette reconnaissance ne porte aucune admission de la part de ma mandante des développements en faits en droit exposés dans la requête. Cette reconnaissance intervient également sans préjudice des rapports liant ou non les autres parties à la procédure.

**Les parties** :

Nous ne parvenons pas à un accord.

**Sur quoi, le Tribunal délivre l'autorisation de procéder.**

Le greffier
Arnaud VALVASON

Le présent procès-verbal est communiqué pour notification par le greffe à l'issue de l'audience.