# EXHIBIT G



**Par recommandé**

Monsieur Jean Reymond
Président
Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
1211 Genève 3

Genève, le 11 juillet 2018
/sso/8912231v1

**Concerne:** **Sotheby's SA et al., Monsieur Yves Bouvier et al. c/ Monsieur Dmitri Rybolovlev et al.**
**Cause n° C/27203/2017**

Monsieur le Président,

Vous nous savez représenter les intérêts des Demandeurs Sotheby's dans le cadre de la cause notée en marge.

Les Demandeurs Sotheby's, agissant en tant que consorts simples des Demandeurs Bouvier, déposent ce jour devant votre tribunal une action en constatation de droit négative dans le cadre de la procédure C/27203/2017 dirigée à l'encontre de Monsieur Rybolovlev et de ses entités ainsi qu'à l'encontre de sa fille, Madame Ekaterina Rybolovleva et de son ex-épouse, Madame Elena Rybolovleva.

Le mémoire, accompagné de son chargé de pièces, vous est transmis en annexe en trois exemplaires conformément à ce dont nous sommes convenus avec votre greffe.

Dans cette même procédure, les Demandeurs Bouvier, consorts simples des Demandeurs Sotheby's, déposent également ce jour leur action en constatation de droit négative.

Bär & Karrer
Avocats

Genève
Bär & Karrer SA
12, quai de la Poste
CH-1211 Genève 11
Phone: +41 58 261 57 00
Fax:     +41 58 261 57 01
geneve@baerkarrer.ch

Zurich
Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zürich
Phone: +41 58 261 50 00
Fax:     +41 58 261 50 01
zuerich@baerkarrer.ch

Lugano
Bär & Karrer SA
Via Vegezzi 6
CH-6901 Lugano
Phone: +41 58 261 58 00
Fax:     +41 58 261 58 01
lugano@baerkarrer.ch

Zoug
Bär & Karrer AG
Baarerstrasse 8
CH-6302 Zug
Phone: +41 58 261 59 00
Fax:     +41 58 261 59 01
zug@baerkarrer.ch

www.baerkarrer.ch

Nous nous permettons d'attirer respectueusement l'attention du Tribunal de céans sur les conclusions préalables prises en tête du mémoire s'agissant (i) de la jonction des actions précitées et (ii) des mesures de sauvegarde sollicitées au sens de l'art. 156 CPC.

Au vu de la connexité des faits liés aux deux actions, les Demandeurs sollicitent la jonction de leurs actions afin qu'elles soient instruites dans la même procédure par souci d'économie et d'efficacité de la procédure.

Par ailleurs, compte tenu de l'attention médiatique toute particulière dont la présente affaire fait l'objet, les Demandeurs Sotheby's déposent, dans le cadre de l'action qu'ils déposent ce jour, une requête de mesures de sauvegarde d'intérêts dignes de protection au sens de l'article 156 CPC. A teneur de cette requête (pour laquelle un mémoire séparé vous parviendra dans les jours qui suivent), les Demandeurs Sotheby's sollicitent que des mesures spécifiques soient ordonnées par le tribunal de céans afin que le contenu de la présente procédure soit confidentiel et qu'il soit fait interdiction aux parties de communiquer le contenu des écritures des parties et les pièces y relatives à tous tiers, en particulier aux médias.

Aussi, les Demandeurs Sotheby's soulignent la nécessité de **veiller impérativement à ce que ni les mémoires des Demandeurs ni les pièces y relatives ne soient communiqués aux Défendeurs** avant qu'il n'ait été statué sur la requête de mesures de sauvegarde d'intérêts dignes de protection au sens de l'article 156 CPC.

En vous remerciant de l'attention portée à la présente, nous vous prions de trouver ici, Monsieur le Président, l'assurance de nos sentiments respectueux.

Saverio Lembo                                Aurélie Conrad Hari


Ann. ment.